**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| CITY OF NANTICOKE POLICE OFFICERS ASSOCIATION, BY BRIAN KIVLER, PRESIDENT AND GUARDIAN AD LITEM, | : No. 19 MAP 2019<br>:<br>: Appeal from the Order of the Luzerne<br>: County Court of Common Pleas at<br>: No. 11629 of 2016 dated August 23,<br>: 2018, filed August 24, 2018. |
| Appellee | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| THOMAS WALL, CHIEF OF POLICE, AND, RICHARD WIATEROWSKI, MAYOR OF THE CITY OF NANTICOKE, | :<br>:<br>: |
| | : |
| Appellants | : |

## ORDER

**PER CURIAM**                                                            **DECIDED:  August 20, 2019**

    **AND NOW,** this 20th day of August, 2019, the Order of the Luzerne County Court of Common Pleas is **AFFIRMED**.